IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ANDY HOWARD AND | * | |
| STEPHANIE HOWARD | * | BK CASE NO. 17-83536-CRJ-13 |
| | * | CHAPTER 13 |
| Debtor. | * | |
| | * | |

| | | |
|---|---|---|
| | * | |
| ANDY HOWARD AND | * | |
| STEPHANIE HOWARD, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | ADVERSARY PROCEEDING |
| v. | * | NO. 18-80087-CRJ |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF REVENUE | * | |
| | * | |
| Defendant. | * | |

## ANSWER

Comes now the State of Alabama Department of Revenue (the "Department"), by and through its undersigned Assistant Attorney General, and answers the Complaint in the above-styled adversary proceeding as follows:

**FIRST DEFENSE**

The Department specifically reserves the right to add additional defenses of which it becomes aware during the progression of discovery.

**SECOND DEFENSE**

The Department denies each and every allegation of the Complaint that is not expressly admitted and further denies the Plaintiffs are entitled to any relief.

## THIRD DEFENSE

The Department answers the respective numbered paragraphs of Plaintiffs' Complaint as follows:

### Parties, Jurisdiction, and Nature of Action

1. The Department admits that the Plaintiffs filed a petition seeking relief under Chapter 13 of the Bankruptcy Code on November 30, 2017. The Department admits that it is a governmental agency existing under the state laws of Alabama. The Department lacks sufficient information and knowledge to admit or deny all of the remaining allegations in this paragraph and, therefore, denies the same.

2. The Department admits that the it was listed on the Howards' Schedule E. The Department admits that the amended plan includes payments for its secured claims and its priority unsecured claim. The Department denies the remaining allegations.

3. The Department admits that on August 6, 2018, it entered a Notice of Final Assessment of Individual Income Tax against the Plaintiffs regarding their 2014 tax liability and the Final Assessment was mailed on or around the entry date. The Department denies that its entry and mailing of the Notice of Final Assessment of Individual Income Tax to the Plaintiffs violates 11 U.S.C. § 362. The Department states that its actions are explicitly excepted from a violation of the stay pursuant to 11 U.S.C. § 362(b)(9)(D), which states "the making of an assessment for any tax and issuance of a notice and demand for payment" is an exception to the automatic stay. The Department further denies any remaining allegations.

4. Denies.

5. The Department denies that the Notice of Final Assessment of Individual Income Tax violated

the automatic stay. The Department admits that the Notice of Final Assessment of Individual Income Tax lists the Plaintiffs' 2014 state tax liability as $964.84. The Department admits that it filed five claims in Case No. 17-83536-CRJ prior to the entry of the Notice of Final Assessment of Individual Income Tax regarding the 2014 tax year. The Department denies the remaining allegations.

6. Denies.

7. The Department admits this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and that this Court has jurisdiction over the matter.

## Claim- Violation of the Automatic Stay

8. The factual averments of paragraphs 1 through 8 of this Complaint are incorporated as if restated herein.

9. The Department admits that it had notice of the Plaintiffs' bankruptcy case.

10. The Department admits that 11 U.S.C. § 362 gives rise to an automatic stay at the commencement of a bankruptcy proceeding. The Department denies the remaining allegations.

11. The Department admits that it sent the Plaintiffs a document entitled Notice of Final Assessment of Individual Income Tax after the commencement of their bankruptcy case. The Department denies the remaining allegations.

12. Denies.

13. The Department denies and demands strict proof thereof.

14. Denies.

15. Denies.

The Department denies that the Plaintiff is entitled to judgment, as requested in the "WHEREFORE" paragraph because there has been no violation of the automatic stay as the Department's Notice of Final Assessment of Individual Income Tax fits squarely within the exception stated in 11 U.S.C. § 362(b)(9)(D).

Respectfully submitted,

/s/ Mary Martin Majors Mitchell
MARY MARTIN MAJORS MITCHELL
Assistant Attorney General, State of Alabama
Alabama Department of Revenue
Legal Division
P. O. Box 320001
Montgomery, AL 36132-0001
(334) 242-9690
mary.mitchell@revenue.alabama.gov

CERTIFICATE OF SERVICE

       I hereby certify that on October 4, 2018, I served a copy of the foregoing pleading on the individuals identified below by email transmission through the CM/ECF system or by placing the same in the United States mail, postage prepaid and addressed as follows:

Michele T. Hatcher, Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

John C. Larsen, Attorney for the Debtor
1733 Winchester Road
Huntsville, AL 35811

Andy Howard
Stephanie Howard
133 Sydney Street
Huntsville, AL 35811

                                            /s/ Mary Martin Majors Mitchell
                                            MARY MARTIN MAJORS MITCHELL